# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FLORA CAMPOY,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 3:16-cv-04229-JST (KAW)

**ORDER REGARDING 3/30/18 JOINT LETTER**

Re: Dkt. No. 47

On March 30, 2018, the parties filed a joint letter pertaining to Plaintiff's second set of requests for production of documents. (Joint Letter, Dkt. No. 47.) Therein, Plaintiff requested leave of court to file a motion to compel. (Joint Letter at 4.) On April 4, 2018, discovery in this matter was referred to the undersigned, who does not entertain motions to compel, and instead requires parties to file robust joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13, *http://cand.uscourts.gov/kaworders*.)

Accordingly, Plaintiff's request for leave to file a motion to compel is DENIED. Notwithstanding, based on a cursory review of the joint letter, Defendants do not appear to be satisfying their discovery obligations by withholding personnel records that should be produced subject to the stipulated protective order currently in effect. Thus, the parties are ordered to meet and confer in an attempt to resolve the pending disputes without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes in the format contained in the Court's Standing Order, which will facilitate the resolution of any outstanding issues.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge