ELLIS ROSS ANDERSON, ESQ. (SBN: 81156)
randerson@adplaw.com
JAMIE C. COUCHE, ESQ. (SBN: 252001)
jcouche@adplaw.com
DEBORAH L. GOODMAN, ESQ. (SBN: 276259)
dgoodman@adplaw.com
ANDERSON & POOLE, P.C.
601 California Street, Suite 1300
San Francisco, CA 94108-2818
Telephone: (415) 956-6413
Facsimile: (415) 956-6416

Attorneys for Plaintiff
FLORA CAMPOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORA CAMPOY, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SFPD OFFICER CHRISTOPHER R. HARDY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-04229-JST<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT OFFICER CHRISTOPHER HARDY WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

1

Case No. 3:16-cv-04229-JST
**STIPULATED DISMISSAL OF DEFENDANT HARDY WITHOUT PREJUDICE**

Law Offices of
ANDERSON & POOLE
A Professional
Corporation
601 California Street
Suite 1300
San Francisco, CA

Law Offices of
ANDERSON & POOLE
A Professional
Corporation
601 California Street
Suite 1300
San Francisco, CA

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that Defendant SFPD OFFICER CHRISTOPHER HARDY is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 18, 2018         /s/ Deborah L. Goodman
                              Attorneys for Plaintiff Flora Campoy

DATED: April 18, 2018         /s/ Susan J. Kawala
                              Attorneys for Defendants
                              City and County of San Francisco
                              and SFPD Officer Christopher Hardy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 18, 2018         _____
                              HON. JON S. TIGAR
                              United States District Court Judge