1　DENNIS J. HERRERA, State Bar #139669
　　City Attorney
2　CHERYL ADAMS, State Bar #164194
　　Chief Trial Deputy
3　JAMES F. HANNAWALT, State Bar #139657
　　Deputy City Attorney
4　Fox Plaza
　　1390 Market Street, 6th Floor
5　San Francisco, California 94102-5408
　　Telephone:　　(415) 554-3933
6　Facsimile:　　(415) 554-3837
　　E-Mail:　　　james.hannawalt@sfcityatty.org
7

8　Attorneys for Defendant
　　CITY AND COUNTY OF SAN FRANCISCO

9

10　　　　　　　　　　UNITED STATES DISTRICT COURT

11　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

12　FLORA CAMPOY, an individual,　　　　Case No. 16-CV-04229-JST

13　　　　　Plaintiff,　　　　　　　　　REQUEST FOR DISMISSAL;
　　　　　　　　　　　　　　　　　　　~~PROPOSED~~ ORDER OF DISMISSAL
14　　　　vs.

15　CITY OF SAN FRANCISCO; SAN
　　FRANCISCO POLICE DEPARTMENT;
16　SFPD OFFICER CHRISTOPHER R.
　　HARDY, DOES 1 THROUGH 100,
17　INCLUSIVE,

18　　　　　Defendants.

19

20

21　TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22　　　　　A settlement agreeable to all parties has been reached in the above-mentioned matter.  The

23　parties respectfully request that this case be dismissed with prejudice.

24

25

26

27

28

Dated: October 16, 2018

ANDERSON & POOLE, P.C.

By: /s/ Deborah Goodman
DEBORAH GOODMAN

Attorneys for Plaintiff
FLORA CAMPOY

Dated: October 16, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
JAMES F. HANNAWALT
Deputy City Attorney

By: /s/ James F. Hannawalt
JAMES F. HANNAWALT

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER

**IT IS SO ORDERED.**

Dated:    October 17, 2018

_____
HON. JON S. TIGAR
United States District Court Judge